1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| JULIA INES LUCERO,<br><br>            Plaintiff,<br><br>      vs.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., NBS DEFAULT SERVICES LLC and SPECIALIZED LOAN SERVICING LLC and DOES 1-100, INCLUSIVE,<br><br>            Defendants. | Case No. 5:16-cv-01690-TJH-DTBx<br><br>*[Assigned for all purposes to Honorable Terry J. Hatter]*<br><br>**ORDER RE; STIPULATION OF THE PARTIES TO WITHDRAW THE NOTICE OF REMOVAL AND TO REMAND THE CASE TO THE CALIFORNIA SUPERIOR COURT FOR RIVERSIDE COUNTY  [JS-6]**<br><br>Complaint Filed:   June 27, 2016 |

136045.85565/103338113V.1

**ORDER RE: STIPULATION TO WITHDRAW NOTICE OF REMOVAL AND TO REMAND**

1   **AND NOW**, this 7th day of October 2016, upon consideration of the Stipulation
2   of Plaintiff Julia Ines Lucero ("Plaintiff") and Defendant Mortgage Electronic
3   Registration Systems, Inc., ("MERS") (collectively, the "Parties") to withdraw the
4   notice of removal and remand the case to the California Superior Court for Riverside
5   County, it is hereby ORDERED and DECREED, as follows:
6       1.   MERS's Notice of Removal shall be withdrawn;
7       2.   This case shall be dismissed without prejudice; and
8       3.   The case shall be remanded to the California Superior Court, County of
9            Riverside.
10  **IT IS SO ORDERED.**

12  DATED:  October 7, 2016                BY THE COURT:

                                           *Terry J. Hatter, Jr.*

15                                         _____
                                           HONORABLE TERRY J. HATTER, JR.
                                           UNITED STATES DISTRICT JUDGE

136045.85565/103338113V.1

ORDER RE: STIPULATION TO WITHDRAW NOTICE OF REMOVAL AND TO REMAND